| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KG / TXM 26777255 | 01/ | 7516143 | 1 of 1 |

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Earnings Statement 

Period Starting: 05/09/2022
Period Ending: 05/15/2022
Pay Date: 05/20/2022

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
  Federal:  2    Federal:
  State:    2    State:
  Local:    0    Local:
Social Security Number: XXX-XX-XXXX

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 11884.50 |
| Overtime | 27.0000 | 2.33 | 62.91 | 268.92 |
| Holiday | | | 0.00 | 288.00 |
| Misc pay | | | 0.00 | 135.72 |
| Gross Pay | | | $782.91 | $12,577.14 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -59.24 | 830.96 |
| Social Security | -48.10 | 770.81 |
| Medicare | -11.25 | 180.27 |
| Georgia State Income | -32.33 | 471.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -7.24 | 144.80 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 15.08 |

| Net Pay | $624.75 | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 40.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 42.33 | 670.21 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 624.75 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $775.67
* Excluded from Federal taxable wages

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Pay Date:   05/20/2022

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 624.75 |

THIS IS NOT A CHECK

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KG / TXM 26777255 | 017 | 7494060 | 1 of 1 |

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

## Earnings Statement



Period Starting: 05/02/2022
Period Ending: 05/08/2022
Pay Date: 05/13/2022

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
  Federal:  2                      Federal:
  State:    2                      State:
  Local:    0                      Local:
Social Security Number: XXX-XX-XXXX

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 11164.50 |
| Overtime | 27.0000 | 0.88 | 23.76 | 206.01 |
| Holiday | | | 0.00 | 288.00 |
| Misc pay | | | 0.00 | 135.72 |
| **Gross Pay** | | | **$743.76** | **$11,794.23** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -54.55 | 771.72 |
| Social Security | -45.66 | 722.71 |
| Medicare | -10.68 | 169.02 |
| Georgia State Income | -30.08 | 439.61 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -7.24 | 137.56 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 15.08 |

| Net Pay | | $595.55 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 40.00 |
| - Balance | | 0.00 |
| Total Hours Worked | 40.88 | 627.88 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 595.55 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $736.52
* Excluded from Federal taxable wages

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Pay Date:  05/13/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5347 | XXXXXXXXX | 595.55 |

THIS IS NOT A CHECK

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KG / TXM 26777255 | 01/ | 7480370 | 1 of 1 |

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

**Earnings Statement**

ADP

Period Starting: 04/25/2022
Period Ending: 05/01/2022
Pay Date: 05/06/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 0
Tax Override:
  Federal:
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 34.00 | 612.00 | 10444.50 |
| Overtime | | | 0.00 | 182.25 |
| Holiday | | | 0.00 | 288.00 |
| Misc pay | | | 0.00 | 135.72 |
| **Gross Pay** | | | **$612.00** | **$11,050.47** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -38.73 | 717.17 |
| Social Security | -37.50 | 677.05 |
| Medicare | -8.77 | 158.34 |
| Georgia State Income | -22.50 | 409.53 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -7.24 | 130.32 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 15.08 |

| Net Pay | | $497.26 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 40.00 |
| - Balance | | 0.00 |
| Total Hours Worked | 34.00 | 587.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 497.26 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $604.76
* Excluded from Federal taxable wages

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Pay Date: 05/06/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5347 | XXXXXXXXX | 497.26 |

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KG / TXM 26777255 | 017 | 7454325 | 1 of 1 |

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

# Earnings Statement

ADP

Period Starting: 04/18/2022
Period Ending: 04/24/2022
Pay Date: 04/29/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 32.75 | 589.50 | 9832.50 |
| Overtime | | | 0.00 | 182.25 |
| Holiday | | | 0.00 | 288.00 |
| Misc pay | | | 0.00 | 135.72 |
| **Gross Pay** | | | **$589.50** | **$10,438.47** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -36.03 | 678.44 |
| Social Security | -36.10 | 639.55 |
| Medicare | -8.44 | 149.57 |
| Georgia State Income | -21.21 | 387.03 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -7.24 | 123.08 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 15.08 |

**Net Pay** $480.48

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 40.00 |
|  - Taken Hours | 0.00 | 40.00 |
|  - Balance | | 0.00 |
| Total Hours Worked | 32.75 | 553.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 480.48 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $582.26
* Excluded from Federal taxable wages

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Pay Date: 04/29/2022

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 480.48 |

THIS IS NOT A CHECK

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KG / TXM 26777255 | 01/ | 7438170 | 1 of 1 |

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

# Earnings Statement



Period Starting: 04/11/2022
Period Ending: 04/17/2022
Pay Date: 04/22/2022

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
 Federal: 2    Federal:
 State: 2    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 37.75 | 679.50 | 9243.00 |
| Overtime | | | 0.00 | 182.25 |
| Holiday | | | 0.00 | 288.00 |
| Misc pay | | | 0.00 | 135.72 |
| **Gross Pay** | | | **$679.50** | **$9,848.97** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.83 | 642.41 |
| Social Security | -41.68 | 603.45 |
| Medicare | -9.75 | 141.13 |
| Georgia State Income | -26.38 | 365.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -7.24 | 115.84 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 15.08 |

| **Net Pay** | | **$547.62** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 40.00 |
| - Balance | | 0.00 |
| Total Hours Worked | 37.75 | 520.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 547.62 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $672.26
* Excluded from Federal taxable wages

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Pay Date:    04/22/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5347 | XXXXXXXXX | 547.62 |

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Company Code | Loc/Dept | Number | Document | | |
|---|---|---|---|---|---|
| KG / TXM 26777255 | 01/ | 7420521 | 1 of 1 | | |

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

# Earnings Statement

ADP

Period Starting: 04/04/2022
Period Ending: 04/10/2022
Pay Date: 04/15/2022

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
  Federal:  2         Federal:
  State:    2         State:
  Local:    0         Local:
Social Security Number: XXX-XX-XXXX

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 38.50 | 693.00 | 8563.50 |
| Overtime | | | 0.00 | 182.25 |
| Holiday | | | 0.00 | 288.00 |
| Misc pay | | | 0.00 | 135.72 |
| **Gross Pay** | | | **$693.00** | **$9,169.47** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -48.45 | 595.58 |
| Social Security | -42.51 | 561.77 |
| Medicare | -9.94 | 131.38 |
| Georgia State Income | -27.16 | 339.44 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -7.24 | 108.60 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 15.08 |

| Net Pay | $557.70 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 40.00 |
|  - Taken Hours | 0.00 | 40.00 |
|  - Balance | | 0.00 |
| Total Hours Worked | 38.50 | 482.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 557.70 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $685.76
* Excluded from Federal taxable wages

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Pay Date:    04/15/2022

Deposited to the account
Checking DirectDeposit

| | account number | transit/ABA | amount |
|---|---|---|---|
| | XXXXXX5347 | XXXXXXXXX | 557.70 |

THIS IS NOT A CHECK

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| KG / TXM 26777255 | 01/ | 7402451 | 1 of 1 | | |

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Period Starting: 03/28/2022
Period Ending: 04/03/2022
Pay Date: 04/08/2022

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
  Federal:  2                     Federal:
  State:    2                     State:
  Local:    0                     Local:
Social Security Number:  XXX-XX-XXXX

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 39.50 | 711.00 | 7870.50 |
| Overtime | | | 0.00 | 182.25 |
| Holiday | | | 0.00 | 288.00 |
| Misc pay | | | 0.00 | 135.72 |
| Gross Pay | | | $711.00 | $8,476.47 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -50.61 | 547.13 |
| Social Security | -43.64 | 519.26 |
| Medicare | -10.21 | 121.44 |
| Georgia State Income | -28.19 | 312.28 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -7.24 | 101.36 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 15.08 |

| Net Pay | | $571.11 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 40.00 |
| - Balance | | 0.00 |
| Total Hours Worked | 39.50 | 444.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 571.11 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $703.76
* Excluded from Federal taxable wages

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Pay Date:    04/08/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5347 | XXXXXXXXX | 571.11 |

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Company Code | Loc/Dept | Number | Page | Earnings Statement |
|---|---|---|---|---|
| KG / TXM 26777255 | 01/ | 7377193 | 1 of 1 | |

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Period Starting: 03/21/2022
Period Ending: 03/27/2022
Pay Date: 04/01/2022



Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:  2                  Federal:
  State:    2                  State:
  Local:    0                  Local:
Social Security Number: XXX-XX-XXXX

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 26.00 | 468.00 | 7159.50 |
| Overtime | | | 0.00 | 182.25 |
| Holiday | | | 0.00 | 288.00 |
| Misc pay | | | 0.00 | 135.72 |
| **Gross Pay** | | | **$468.00** | **$7,765.47** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.45 | 496.52 |
| Social Security | -28.56 | 475.62 |
| Medicare | -6.68 | 111.23 |
| Georgia State Income | -14.22 | 284.09 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -7.24 | 94.12 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 15.08 |

| **Net Pay** | | **$389.85** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 40.00 |
| - Balance | | 0.00 |
| Total Hours Worked | 26.00 | 404.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5347 | XXXXXXXXX | 389.85 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $460.76
* Excluded from Federal taxable wages

Boca Manufacturing LLC
308 Bell Park Dr
Woodstock, GA 30188-1660

Pay Date: 04/01/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5347 | XXXXXXXXX | 389.85 |

THIS IS NOT A CHECK

Derek N Woodall
576 Sam Nelson Rd
Canton, GA 30114